# Law Offices of David M. Schlachter, LLC

8 Carefree Lane
Suffern, NY 10901
845 200-2001

www.LawDMS.com
DavidS@lawdms.com
973 272-4167 (fax)

David M. Schlachter, Esq. – NY

January 12, 2026

Hon. Kenneth M. Karras, U.S.D.J.
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> **Re:**  **Our File No. 22-1831**
> **Freedom Mortgage v. Lebovic**
> **Docket No.**

Dear Judge Karras:

We represent the Defendants in this action. We are writing to extend the deadline for discovery, particularly depositions, to the end of January. As the Court knows, there is a pre-motion conference and end of discovery conference scheduled in the first couple of weeks of February. This extension to the end of January will not protract this case.

Our first deposition is scheduled for January 15, but we noticed depositions for two witnesses. Another deposition or follow up deposition may be required. We thank the Court for its consideration.

Very truly yours,

David M. Schlachter

Cc:    Judge Andrew E. Krause, M.J.
       Thomas Zegarelli, Esq., Plaintiff Counsel

DMS/dms

Granted.

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.
1/13/2026

*Evening and Sunday Appointments Available!*