

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**L A W   O F F I C E S**

Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

James Robertson, Esquire
(1943 – 2019)
Everett Anschutz, Esquire
(1942 - 2025)
David J. Schneid, Esquire
Member of Florida Bar
John T. Crane, Esquire
Member of Texas Bar

Judge Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

February 17, 2026

Re:    Plaza Home Mortgage, Inc. v. Lebovic, Steele, et al.
       Docket # 25-cv-03764

Dear Judge Karas

This office is counsel to the Plaintiff in the above-mentioned foreclosure action that is currently pending before you. As the discovery deadline was extended to February 23, 2026, we are respectfully requesting that the pre-motion conference and deadline of February 17, 2026, be extended. Plaintiff is unable to move for summary judgment until discovery is completed.

Respectfully Submitted,

/s/Thomas Zegarelli
Thomas Zegarelli, Esq.

Granted. The 2/17/26 conference is
adjourned sine die.

So Ordered.

2/17/26