UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

PLAZA HOME MORTGAGE, INC.,

                         Plaintiff,                    **ORDER**

        -against-                                      25 Civ. 3764 (KMK) (AEK)

JEHUDA LEBOVIC, *et al.,*

                         Defendants.
--------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

        The Court has reviewed the parties' most recent submissions at ECF Nos. 62, 64, 65, and 66.  The deadline for completion of discovery was February 23, 2026.  Defendants' counsel intimated in his February 24, 2026 letter (ECF No. 65) that there might be certain outstanding issues, but none have been specifically identified.  As far as the Court is concerned, discovery in this matter is complete.  To address any other discovery matter, counsel would have to seek a further extension of the discovery deadline from Judge Karas and then immediately identify any issue(s) in dispute for Judge Krause.

Plaintiff's pre-motion conference letter regarding a potential summary judgment motion must be submitted to Judge Karas by March 6, 2026.  That letter should also flag for Judge Karas Plaintiff's existing filings regarding the motion for leave to amend the caption (ECF Nos. 54, 64).  Defendants must respond to the pre-motion conference letter by March 13, 2026. Defendants' letter should include a response to the points in Plaintiff's filing at ECF No. 64 regarding the use of a Rule 25(c) substitution procedure to bring Lakeview Loan Servicing, LLC into the case.

Dated:  March 2, 2026
        White Plains, New York

                    **SO ORDERED.**

                    _____
                    ANDREW E. KRAUSE
                    United States Magistrate Judge