

## ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
### L A W   O F F I C E S

Sara Z. Boriskin, Esquire
Managing Partner, New York Office

900 Merchants Concourse
Suite 310
Westbury, NY 11590
Phone: 516.280.7675
Fax: 515.280.7674
www.raslegalgroup.com

James Robertson, Esquire
(1943 – 2019)
Everett Anschutz, Esquire
(1942 - 2025)
David J. Schneid, Esquire
Member of Florida Bar
John T. Crane, Esquire
Member of Texas Bar

Judge Kenneth M. Karas
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, NY 10601

April 20, 2026

Re:    Plaza Home Mortgage, Inc. v. Lebovic, Steele, et al.
       Docket # 25-cv-03764
       Letter motion for extension of time

Dear Judge Karas

Our office represents Plaintiff in the above-referenced foreclosure action. Plaintiff is respectfully requesting that the deadlines with respect to the summary judgment motion be extended two (2) weeks.

Granted. The reply deadline is also
moved back two weeks. No more
extensions.

Respectfully Submitted,

/s/Thomas Zegarelli
Thomas Zegarelli, Esq.

So Ordered.

4/21/26